UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jordan Antonio Jarrell,

    Plaintiff,

v.

    Case No. 2:18-cv-691

Jane/John Doe,

    Judge Michael H. Watson

    Defendant.

    Magistrate Judge Deavers

## ORDER

On August 17, 2018, Magistrate Judge Deavers, to whom this case was referred, issued a Report and Recommendation ("R&R"), ECF No. 4, recommending that the Court dismiss this action without prejudice for failure to comply with the July 16, 2018, Deficiency Order, ECF No. 2.

The R&R advised Plaintiff Jordan A. Jarrell of his right to file objections to the same and specifically advised that the failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the decision of the District Court. R&R 2–3, ECF No. 4. The time for filing objections has passed, and none were filed.

Having received no objections, the Court **ADOPTS** the R&R, ECF No. 4, and **DISMISSES** this case without prejudice. The Clerk shall remove ECF No. 4 from the Court's pending motions list.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT